JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGAR SAGAR, | No. ED CV 26-509-RGK(E) |
| Petitioner, | |
| v. | JUDGMENT |
| MARK BOWEN, ETC., ET AL., | |
| Respondents. | |

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to release Petitioner from custody immediately, subject to the conditions of his prior supervision.

DATED:  April 3, 2026.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE